# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:10–cv–00725–SHR

Lange et al v. Sarma Collections, Inc.  
Assigned to: Honorable Sylvia H. Rambo  
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 04/05/2010  
Date Terminated: 07/26/2010  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Randy Lange**     represented by     **Brent F. Vullings**  
Warren &Vullings, LLP  
1603 Rhawn Street  
Philadelphia , PA 19111  
215.745.9800  
Email: brent@warrenvullingslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Lange**     represented by     **Brent F. Vullings**  
*h/w*     (See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sarma Collections, Inc.**     represented by     **Charles A. Ercole**  
Klehr Harrison Harvey Branzburg &Ellers, LLP  
260 South Broad Street  
Philadelphia , PA 19102–3263  
215–569–4282  
Email: cercole@klehr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eric A. Pullen**  
Pulman Cappuccio Pullen &Benson, LLP  
2161 NW Military Highway  
Suit 400  
San Antonio , TX 78213  
210–222–9494  
Fax: 210–892–1610  
Email: epullen@pulmanlaw.com  
*ATTORNEY TO BE NOTICED*

**Patrick J. Troy**  
Klehr Harrison Harvey Branzburg LLP

1835 Market Street  
14th Floor  
Philadelphia , PA 19103  
215−568−6060  
Email: ptroy@klehr.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2010 | Ï 1 | COMPLAINT – N/C to cnsl.; jury trial demanded. ( Filing fee $350, Receipt Number 1842620) (Attachments: # 1 Civil Cover Sheet)(jc) (Entered: 04/06/2010) |
| 04/06/2010 | Ï | SUMMONS ISSUED as to Sarma Collections, Inc. and provided to Attorney for service on Defendant(s). (jc) (Entered: 04/06/2010) |
| 04/16/2010 | Ï 2 | ORDER Re: Case Assignment and Procedures Signed by Honorable Sylvia H. Rambo on 4/16/10. (ma, ) (Entered: 04/16/2010) |
| 04/16/2010 | Ï 3 | SUMMONS Returned Executed by Randy Lange, Michelle Lange. Sarma Collections, Inc. served on 4/13/2010, answer due 5/4/2010. (Vullings, Brent) (Entered: 04/16/2010) |
| 06/14/2010 | Ï 4 | MOTION to Dismiss *or Transfer Venue* by Sarma Collections, Inc.. (Attachments: # 1 Proposed Order, # 2 Certificate of Nonconcurrence)(Troy, Patrick) (Entered: 06/14/2010) |
| 06/17/2010 | Ï 5 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Sarma Collections, Inc. identifying Corporate Parent San Antonio Retail Merchants Association for Sarma Collections, Inc.. (Troy, Patrick) (Entered: 06/17/2010) |
| 06/28/2010 | Ï 6 | BRIEF IN SUPPORT re 4 MOTION to Dismiss *or Transfer Venue* filed by Sarma Collections, Inc.. (Attachments: # 1 Exhibit(s) A)(Troy, Patrick) (Entered: 06/28/2010) |
| 06/29/2010 | Ï 7 | NOTICE of Hearing: A Case Management Conference has been set for 8/3/2010 @ 9:30 AM before Honorable Sylvia H. Rambo. This conference is by phone with the call to be initiated by the pltf. A joint case management plan is due by 7/27/10 (ma, ) (Entered: 06/29/2010) |
| 07/01/2010 | Ï | DOCKET ANNOTATION: Counsel is advised to refile document #9 as a Brief in SUPPORT. (pjr) (Entered: 07/01/2010) |
| 07/02/2010 | ï 10 | RESPONSE by Randy Lange, Michelle Lange *to Defendant's Motion to Dismiss or Transfer Venue*. (Attachments: # 1 Proposed Order)(Vullings, Brent) (Entered: 07/02/2010) |
| 07/02/2010 | ï 11 | REPLY by Randy Lange, Michelle Lange. to 10 Response *Brief in Support of Plaintiff's Response to Defendant's Motion to Dismiss or Transfer Venue*. (Vullings, Brent) (Entered: 07/02/2010) |
| 07/02/2010 | Ï | DOCKET ANNOTATION: Documents 8 &9 have been deleted and have been refiled as documents 10 &11. (pjr) (Entered: 07/02/2010) |
| 07/23/2010 | ï 12 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Eric A. Pullen on behalf of Sarma Collections, Inc. Attorney Eric A Pullen is seeking special admission. Filing fee $ 50, receipt number 03140000000001938793.. (Pullen, Eric) (Entered: 07/23/2010) |
| 07/26/2010 | ï 13 | CASE MANAGEMENT PLAN *Joint Case Management Plan* by Randy Lange, Michelle Lange. (Vullings, Brent) (Entered: 07/26/2010) |
| 07/26/2010 | ï 14 | SPECIAL ADMISSIONS FORM APPROVED as to Eric Pullen, Esq. on behalf of Sarma Collections, Inc.Signed by Honorable Sylvia H. Rambo on 7/26/10. (ma, ) (Entered: 07/26/2010) |

| 07/26/2010 | 15 | ORDER: (1) Dfts mtn to dismiss or transfer venue 4 is GRANTED IN PART AND DENIED IN PART as follows:(a) Dfts mtn to dismiss is DENIED;(b) Dfts mtn to transfer venue is GRANTED, and the Clerk of Court shall transer this case to the MD of Tennessee, Nashville Division.(2) The Case Management Conference scheduled for 8/3/10 is CANCELLED.(3) Once transferred, the Clerk of Court shall close this case. Signed by Honorable Sylvia H. Rambo on 7/26/10 (ma, ) (Entered: 07/26/2010) |