IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDY AND MICHELLE LANGE | ) |
| | ) |
| v. | ) NO. 3-10-0709 |
| | ) JUDGE CAMPBELL |
| SARMA COLLECTIONS, INC. | ) |

ORDER

The Court has received a Stipulation of Dismissal (Docket No. 20), signed by counsel for Plaintiffs and counsel for Defendant. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE